## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| DAVID CHRISTOPHER TERRELL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV422-170 |
| THE UNITED STATES OF AMERICA, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## <u>ORDER</u>

The parties' Close of Discovery deadline is August 31, 2023.  Doc. 23 at 1.  Before the Court is the parties' Consent Motion to Modify Scheduling Order, which asks the Court to enter an Amended Scheduling Order stating that "trial depositions may be taken at any time prior to trial at time mutually agreeable to both parties."  Doc. 34 at 2.  To the extent the parties request leave to take trial depositions, the consent motion is **GRANTED, in part**.  Doc. 34.  However, the parties' deadline to conduct trial depositions is subject to any pretrial scheduling order or other instruction from the District Judge.  To the extent that their

request seeks anticipatory restriction on any such deadline, it is

**DENIED, in part**.  Doc. 34.

      **SO ORDERED**, this 24th day of August, 2023.


_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA