# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DAVID CHRISTOPHER TERRELL, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV422-170 |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The parties jointly move for permission to take depositions to preserve Plaintiff's treating physicians' testimony (i.e., "trial depositions") up to seven days before trial, or, in the alternative, to take trial depositions within 90 days of the upcoming July 25, 2024 mediation.[1] Doc. 62. As the Court has already informed the parties, their "deadline to conduct trial depositions is subject to any pretrial scheduling

---

[1] This case is set for a settlement conference before the undersigned on July 25, 2024. *See* doc. 60 (Order setting settlement conference). Accordingly, the Clerk is **DIRECTED** to **TERMINATE** the parties' pending Joint Motion for Mediation. Doc. 57.

order or other instruction from the District Judge." Doc. 36 at 1. The parties' motion is therefore **DENIED**. Doc. 62.

**SO ORDERED**, this 5th day of June, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA