IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAVID CHRISTOPHER TERRELL, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-170 |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**O R D E R**

Presently before the Court is "Plaintiff's Unopposed Motion to Dismiss This Action With Prejudice," which is signed and submitted solely by counsel for Plaintiff. (Doc. 78.) Therein, Plaintiff states that he and the United States "have reached an agreement to resolve all of [his] claims arising out of the November 4, 2020[,] wreck that is the subject of this lawsuit" and, accordingly, he requests, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the Court dismiss this action with prejudice. (Id.) More than fourteen days have passed since the filing of the Motion and no parties have filed any sort of response opposing the request for dismissal with prejudice or requesting any terms for the dismissal. Accordingly, the Court **GRANTS** the motion, (id.), **DISMISSES** the action **WITH PREJUDICE**, and **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED**, this 21st day of March, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA